Jathniel Rei TANGKILISAN,
Petitioner,

v.

Michael B. MUKASEY, Attorney
General, Respondent.

No. 06–75593.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**620**

Submitted Dec. 17, 2008.*

Filed Dec. 26, 2008.

Howard R. Davis, Esq., Law Office of Barbara J. Darnell, Los Angeles, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, David V. Bernal, Attorney, Colette J. Winston, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

---

Before: GOODWIN, WALLACE, and RYMER, Circuit Judges.

## MEMORANDUM **

Jathniel Rei Tangkilisan, a native and citizen of Indonesia, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *Nagoulko v. INS*, 333 F.3d 1012, 1015 (9th Cir.2003), and we deny the petition for review.

The record does not compel the conclusion that changed or extraordinary circumstances excused the untimely filing of Tangkilisan's asylum application. *See* 8 C.F.R. § 1208.4(a)(4), (5); *Husyev v. Mukasey*, 528 F.3d 1172, 1178–79 (9th Cir. 2008); *Ramadan v. Gonzales*, 479 F.3d 646, 656–58 (9th Cir.2007) (per curiam). Accordingly, Tangkilisan's asylum claim fails.

Substantial evidence supports the BIA's finding that Tangkilisan's experiences do not constitute past persecution, *see Nagoulko*, at 1016–18, and Tangkilisan has not demonstrated any basis for past persecution under *Hernandez–Ortiz v. Gonzales*, 496 F.3d 1042, 1045–46 (9th Cir. 2007). In addition, even if the disfavored group analysis set forth in *Sael v. Ashcroft*, 386 F.3d 922, 927–29 (9th Cir.2004) applies in the context of withholding of removal, Tangkilisan failed to establish that it was more likely than not that he will be persecuted if he returns to Indonesia. *See Hoxha v. Ashcroft*, 319 F.3d 1179, 1184–85 (9th Cir.2003). Finally, we reject Tangkilisan's contention that the BIA em-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ployed the wrong standard of review. Accordingly, Tangkilisan's claim for withholding of removal fails.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.